## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VICTORIA MCCULLOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A.No. 1:20-cv-001595-MAK |
| | ) | |
| v. | ) | |
| | ) | |
| HIGHMARK BCBSD, INC., a/k/a | ) | |
| GATEWAY HEALTH PLAN and | ) | |
| HIGHMARK HEALTH OPTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT GATEWAY HEALTH LLC'S RULE 26 INITIAL DISCLOSURES**

Defendant Gateway Health LLC ("Gateway), by its undersigned counsel, hereby make the following disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

### General Statement

1.      Gateway does not waive and expressly reserves any privilege or other protection that may apply to any information or documents identified herein.

2.      No disclosure herein shall be deemed a waiver of any objection available to Gateway.  Gateway reserves all rights under applicable law and the Federal Rules of Civil Procedure.

3.      Pursuant to 26(a)(1)(A)(iii), Gateway reserves the right to amend, supplement, or revise the Disclosures set forth herein as further information is

learned through discovery.  These Disclosures are neither intended to be, nor shall

they be deemed, a representation that no other relevant information exists.

### Disclosures

(i)     Pursuant to Rule 26(a)(1)(A), Gateway discloses the following

individuals to have discoverable information to support its claims and/or defenses:

1.     Jessica Morgan, Linzi Hamilton, Carolyn Stahl, Tracy Wilhelm, Diana Vodzak
       c/o Penelope B. O'Connell, Esquire
       **O'HAGAN, MEYER, PLLC**
       800 N. King Street, Suite 303
       Wilmington, DE 19801
       Tel.:  (302) 684-6110

2.     Victoria McCullough
       Plaintiff

3.     Individuals identified on Plaintiff's Rule 26 Disclosures.

Defendant reserves the right to supplement this disclosure pursuant to Rule 26(e).

(ii)    Pursuant to Rule 26(a)(1)(A), Gateway discloses the following

documents in its possession, custody, or control which may be used to support its

defense.

1.     Relevant personnel files, performance reviews, email communications, training materials, audit reviews, correspondence.

Gateway understands its ongoing disclosure obligations and it, therefore,

reserves the right to supplement and/or amend these disclosures throughout the

course of this litigation up to and including the time of trial.

(iii)    Pursuant to 26(a)(1)(A), Gateway leaves Plaintiff to her proofs with respect to her claims of discrimination.  Additionally, Gateway denies that Plaintiff is entitled to any damages.

(iv)    Pursuant to 26(a)(1)(A), Gateway is insured by Chubb policy No. 6802-9915 with a liability limit of $10,000,000.


Dated: May 20, 2021

                              Respectfully submitted,

                    By:    */s/Penelope B. O'Connell*
                           Penelope B. O'Connell
                           Bar ID No. 4898
                           O'HAGAN MEYER PLLC
                           800 N. King Street, Suite 303
                           Wilmington, DE 19801
                           Tel.:  (302) 684-6110
                           poconnell@ohaganmeyer.com